# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FIELD, | Case No.: CV 19-9346-DMG (KSx) |
| Plaintiff, | **ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [24]** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own fees and costs.

DATED: May 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE